# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2013 JUL -3 AM 8:36



| UNITED STATES OF AMERICA, | CASE NO. 13cr2166-DMS |
|---|---|
| Plaintiff, | BY: |
| vs. | **JUDGMENT OF DISMISSAL** |
| EDUARDO PUENTES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(iii) and 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/2/13

JAN M. ADLER
U.S. Magistrate Judge